# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART P. HENSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:20-cv-01361-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 4) |

Bart P. Hensley ("Plaintiff") filed a complaint on September 24, 2020, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  The Court found that Plaintiff's application did not provide sufficient information to determine if he was entitled to proceed without prepayment of fees in this matter and he was ordered to file a long form application.  Plaintiff filed a long form application to proceed without prepayment of fees on October 2, 2020.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.**  Plaintiff shall promptly file proof of service with the Court upon completion of service.

/ / /

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:   **October 5, 2020**

UNITED STATES MAGISTRATE JUDGE

2